USCA1 Opinion

 

 July 25, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1198 DR. PAUL R. YOCAS, Plaintiff, Appellant, v. JUDITH A. COWIN, ETC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Selya and Cyr, Circuit Judges. ______________ ____________________ Dr. Paul R. Yocas on brief pro se. _________________ Scott Harshbarger, Attorney General, and Elisabeth J. Medvedow, _________________ ______________________ Assistant Attorney General, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the briefs of the __________ parties and the record on appeal. We agree with the district court's determination that the complaint was appropriately dismissed on the grounds of judicial immunity, Eleventh Amendment immunity, lack of subject matter jurisdiction, and abstention. Affirmed. See 1st Cir. R. 27.1. ________ ___